IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ZOSTAVAX (ZOSTER VACCINE      :   MDL NO. 2848
LIVE) PRODUCTS LIABILITY             :
LITIGATION                           :
_____      :
                                     :
THIS DOCUMENT RELATES TO:            :
                                     :
1189 Actions Listed in               :
Appendix A to Pretrial Order         :
No. 458                              :
                                     :
                                     :
_____      :   _____

PRETRIAL ORDER NO. 458

        AND NOW, this 6th day of December, 2022, for the

reasons stated in the foregoing Memorandum, it is hereby ORDERED

that the motion of defendants to dismiss the Group A cases

(Doc. # 1082) identified in Appendix A to this Order is GRANTED.


                                 BY THE COURT:


                                 /s/ Harvey Bartle III
                                                         J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ZOSTAVAX (ZOSTER VACCINE   :   MDL NO. 2848
LIVE) PRODUCTS LIABILITY          :
LITIGATION                        :
_____ :  _____

APPENDIX A TO PRETRIAL ORDER NO. 458

| | |
|---|---|
| Mariana Abarta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05095 | Kathryn Kershner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00585 |
| Loretta Abbo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20200 | Phyllis Kidney v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20227 |
| Tina Ackerly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20031 | Linda Kincaid v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02218 |
| Gloria Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03869 | Virginia Kinchen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20082 |
| Jo Ann Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04401 | Anita King v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04049 |
| Leslie Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06576 | William King v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03811 |
| Sandra Gayle Adkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00015 | Nancy Kirkpatrick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04418 |
| Diane Aitken v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03932 | Bertha Kirsch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20283 |
| Joan Akins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20254 | Sharon Klutchko v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20304 |

| | |
|---|---|
| Toni Albano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20039 | Jason Knierim, Individually and as the Personal Representative of the Estate of Patricia Knierim v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20301 |
| Margaret Albisano v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20046 | Keith Koestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00220 |
| Janice Alexander v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02990 | Clara Kohlman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05686 |
| Charles Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05986 | Elizabeth Koski v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02626 |
| Ruth Allen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01718 | Sharon Kostenbader v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20116 |
| Robert Allender v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04690 | Matthew Kresge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01559 |
| Doretta Allison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00002 | John Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20157 |
| Guadalupe Alvarez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20055 | Virginia Kruczek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05613 |
| Beverly Alvey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02549 | Coleen Kuehner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05635 |
| Patricia Ames v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00955 | Tony Kupser v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20168 |
| Dale Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20049 | Geraldine Kyle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05167 |
| Ethelyn Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20171 | |

Knoble Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01519

Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03535

Linda Anderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03552

John Andrea v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20185

Nadine Andres v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20297

Dana Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04859

Jacqueline Andrews v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05614

Joseph Anemone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20186

Irene Anrode v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20115

Judith Antanavica v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01678

Linda Arch v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20126

Delia Archuleta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00611

Linda Lafave v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04503

Fabiola Lagrimas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03940

Sylvia Laguerra v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20003

Linda Lail v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06172

Dorthy Lain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00691

Patricia Lakin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04853

Donald Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05860

Gwynne Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20243

Peggy Lambert v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00058

Cheryl Lamparella v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20230

Delores Landers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05663

Frances Lane v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20239

| | |
|---|---|
| Doreen Arena v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04770 | James Laprairie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03288 |
| Theresa Armstead v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20118 | Judy Laratta v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20076 |
| Selma Arnold v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03333 | James Larkner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20054 |
| Jimmy Arrington v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00259 | Judy Larose v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04656 |
| James Atherton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06555 | Susan Larson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04601 |
| Doris Atkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03361 | Helen Lauters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20083 |
| Lorna Atkinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04276 | Irene Lawrence v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01560 |
| Deborah Augenti v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20160 | Susan Layton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03673 |
| Jo Autin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20019 | Rosa Le Roy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03428 |
| Annette Avila v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01520 | Roslynn League v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-5530 |
| Ellen Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04698 | Colleen Leahy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01561 |
| Patricia Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05627 | Joann Leavitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20285 |

| | |
|---|---|
| Robert Bach v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04592 | Dennis Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04815 |
| Glenda Edwards, as the Personal Representative and Executor of the Estate of Esther Bader v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20187 | Etta Lee v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20048 |
| David Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01884 | Melanie Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00411 |
| Joan Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04180 | Paula Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05826 |
| Bilinda Ray Baker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02976 | Paulette Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05611 |
| Lillie Baker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20075 | Reginald Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20334 |
| Nina Baker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20124 | Mary Lemarr v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00462 |
| Nannette Bakko v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04762 | Danny Lemoine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20199 |
| Stanley Baldwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03384 | Brenda Lemons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06243 |
| David Bales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03330 | Marjorie Lemster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03704 |
| Antoinette Bambas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04246 | Frank Lesher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05697 |
| | Ann Levinson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20249 |

| | |
|---|---|
| Barbara Barber v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06089 | Bernard Levitt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03565 |
| Teresa Barber v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20276 | Harold Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20220 |
| Jerrie Bardwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20012 | Robin Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05610 |
| Barbara Barker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20194 | Terrence Ley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04861 |
| Carolyn Barnes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20120 | Coralee Linder v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01389 |
| John Barrett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20146 | Mary Linn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20141 |
| Delilah Basquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04696 | Jane Linsley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05163 |
| Mitchel Bass v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20060 | Deborah Lipscomb v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04145 |
| Rod Batchelor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03316 | Linda Little (formerly Linda Friguglietti) v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04677 |
| Wilma Batten v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-20000 | Michael Little v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01670 |
| Robert Bauer, Individually and as Legal Representative of the Estate of Katherine Bauer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04544 | Claire Livingston v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03346 |

Susan Beach v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03036

Rebecca Bean v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01779

Helen Beaty v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04038

Patsy Beaver v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20125

Janet Bektashi v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20099

Vincent Belardo v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04390

Mary Ann Bell v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04331

Vickie Bell v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20081

Jerry Bennett v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01960

Stephen Bera v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01732

Nancy Berger v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-06118

Jerome Berkowitz v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20188

Cynthia Llinas v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20155

Delilah Lloyd v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20233

Nina Locicero-Scala v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03941

Scarlett Lockhart v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-03629

Nancy Lockwood v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02862

Valeria Logan v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03942

Bernice Lommasson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-02843

Sharon Long v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05026

Carmen Longoria v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03358

Pamela Looney v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00450

Josephine Loud v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20110

William Loughery v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20294

| | |
|---|---|
| Joseph Bernet v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20189 | Elaine Luciano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04600 |
| Alfred Berry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01529 | Sally Lueck v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05166 |
| Lacy Berry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01043 | Dewana Luengas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05753 |
| Judy Bevilacqua v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04699 | Paul Lupo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20112 |
| Frederick Bickleman v. Merck & Co., Inc., et al., 2:21-cv-20092 | Deborah Lusk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20206 |
| Sarah Bierbrodt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04340 | Larry Luttrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05646 |
| Charles Bird v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02751 | Susan Luxenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01731 |
| Carolyn Birmantas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20050 | Roger Lyddon v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20094 |
| Robert Bishop v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02521 | Joseph Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03945 |
| Catherine Bitterman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01489 | Ronald Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00005 |
| Mary Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01731 | Maryann Macaluso v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05301 |
| Susan Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02520 | Robert Mack v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03234 |

Earl Blackstock v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20056

Dianne Blaine v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00206

Kathy Blankenship v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-20027

Wanda Blevins v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04816

James Blocher v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20057

Karen Bloodsworth v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-00234

Randall Bloodworth v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-02307

Ronald Bonini v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-05491

Adrienne Booker v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20085

Roscoe Boose v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20103

Janet Bothwell v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01521

Jay Bowersox v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04784

Suzanne Mackler v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02464

Sylvia Madden v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03733

Jim Maddox v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01561

Moses Maestas v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05621

Sherry Magee v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00670

Stephen Maher v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00571

Antonino Maida v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-06194

William Maine v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04680

Pamela Malachin v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02977

Ernest Malizia v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20235

Edith Malloy v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03810

Dale Malone v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05147

Alvin Bowler v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03336

Eileen Bowman v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20015

Cindy Box v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20162

Charles Boyer v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20163

Robert Bozzomo v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06578

Elaine Braginton v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20053

Edna Brasier v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20028

Margaret Bratina v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20158

David Bray v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04926

Jeanette Breland v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20198

Kay Bridgham v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03783

Deborah Brinkmann v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04927

Terry Malovich v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-20013

Linda Malzahn v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02989

Loran Manes v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01192

Alberta Mann v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03958

Ramona Mansker v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-20014

Vickie Marcum v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04139

Steven Marks v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20113

Ramonda Marling and Mischelle
Williams, as Co-Executrixs for
the Estate of John Marling
(deceased) v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01483

Ann Marmoraine v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03355

Tedi Charla Marsh v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01490

Evelyn Marshall v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03141

| | |
|---|---|
| Desirea Brisbon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00624 | Richard James Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03706 |
| Duane Britton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04851 | Thomas Martel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00875 |
| Linda Brodeske v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20045 | Gerald Martin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02234 |
| Michael Bronner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00603 | Patrick Martin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03684 |
| Paula Brooks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20029 | Reta Martin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03800 |
| Ann Broughton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20020 | Tony Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00231 |
| Robbie Broussard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20277 | Wanda Martinez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20156 |
| Frances Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05645 | Vicky Mashburn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04596 |
| Mark Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04635 | Margaret Mason v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02258 |
| Nancy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20078 | Joanne Masterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02552 |
| Peggy Brown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20040 | Robert Masucci v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20001 |
| Paulette Browne v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00041 | Joyce Mathis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01094 |

| | |
|---|---|
| Elfriede Bruce v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02271 | Pamela Matthis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02248 |
| Teresa Brumbaugh v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20147 | Diane Maurer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03178 |
| Georgiann Brumfield v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20044 | Joyce Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20232 |
| Carolyn Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20078 | Robert Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02040 |
| Pearl Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03948 | Mylene Mayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03285 |
| Vicki Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01688 | William Mazzei v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05057 |
| David Bryne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03950 | Cheryl McBroom v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03400 |
| John Buist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03775 | Patricia McCargar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04406 |
| Jolayne Burch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20111 | Johnny McClain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00032 |
| Karen Burke v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03872 | Karla McClain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05669 |
| Cynthia Burks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01663 | James McClelland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20026 |
| Katherine Burley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00644 | Karen McCloskey v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20018 |

Edward Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00758

Marquis Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20030

Kittie Burnworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02493

Brenda Burton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20082

Jerroldine Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02650

Nancy Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03264

Karn Busch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05652

Andrew Bush v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03489

Jimmie Buster v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05205

Shirley Butler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20131

Deborah Buys v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00915

Sherron Byars v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00760

Betty McComic v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04575

Patricia McConnell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01237

Pola McCorkle v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20093

Louise McCowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20021

Peggy McCoy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05536

Donald McCullough v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20145

Ginger McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01674

Gwendolyn McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20083

Richard McDonald v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20240

William Battle McDonald, Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03028

Evelyn McFall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20330

Ernest Byrd v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04224

Kelly Byrnes v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20253

Joyce Cager v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04603

James Caggiano v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01825

Brenda Cagle v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20104

Clarence Cain v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20060

Shirley Caldwell v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20252

Cynthia Calhoun v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01524

Gail Callahan v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05040

Gayleen Callahan v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-02084

Barbara Callow v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03779

James Michael Calt v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20177

Marjorie McGaha v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20089

Cindy McGhehey v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-03916

Ulysses McGill v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-03894

Garry McGinnis v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04841

Roxanne McGowan v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20084

Vicki McGowan v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03344

Kelly McGraw-Martino v. Merck
& Co., Inc., et al., Civil
Action No. 2:20-cv-05651

Cynthia McKenna v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03469

Patricia McKown v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20271

Catherine McLaughlin v. Merck
& Co., Inc., et al., Civil
Action No. 2:20-cv-05699

Debbera McLaughlin v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-00172

James McLaughlin v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05547

| | |
|---|---|
| Kathleen Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20019 | Carolyn McLendon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04806 |
| Venus Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20245 | Stephen W. McNair v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05982 |
| Judy Cameruca v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00588 | Rosemary McNally v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05513 |
| Carolyn Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01475 | Janet McNeil v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03370 |
| Cecil Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20162 | Marian McRae v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20001 |
| Patti Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20069 | Jacqueline McRight v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05426 |
| Rosella Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03875 | Michelle McRight v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20319 |
| John Cannon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01525 | Donna McRobbie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00022 |
| Deborah Caracci v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05695 | Darrell McSwain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00218 |
| Wynnette Card v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06093 | Helaine Meadows v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05873 |
| Joshua A. Carey, Individually and as Personal Representative for the Estate of Marietta Patricia Carey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01522 | Pedro Rivera Melendez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20011 |
| | Carolyn Mello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20114 |

| | |
|---|---|
| Patricia Carlson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20102 | Robert Melton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02628 |
| Joel Carpenter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20167 | Betty Melucci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20019 |
| Bobby Carr v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20221 | Valerie Menzies v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04505 |
| Reecie Carter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20203 | Susan Reed Merrill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01187 |
| Shirley Cartright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20065 | Robbie Merritt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04720 |
| Baby Cartwright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01528 | Alice Michael v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05161 |
| Dennis Carver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00760 | Yvonne Michelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05636 |
| Rosemarie Case v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20191 | Robert Mickells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00047 |
| Leslie Cash v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02811 | Lindia Middleton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00319 |
| Robyn Suhlman Individually and as Proposed Administrator for the Estate of Dorothy Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01521 | Joyce Midkiff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00049 |
| Larry Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20041 | Debra Mihalsky v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20099 |
| | Bonnie Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05397 |

| | |
|---|---|
| Juan Castro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01516 | James Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00681 |
| Brenda Cavanaugh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20323 | Janice Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20119 |
| Edward Cederberg v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20073 | Margaret Ann Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04334 |
| Debra Cellmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01792 | Marilyn Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20095 |
| Brian Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05679 | Paul Miller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00596 |
| Estella Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20211 | Rose Mills v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03349 |
| Sherman Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02155 | Clara Mitchell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00040 |
| Mark Charles v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03793 | Laska Moak v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05651 |
| Joyce Chicora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20161 | Grant Mobley v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20076 |
| Christina Christopher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05290 | Suzanne Moderhak v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05621 |
| Kathleen Cirillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20061 | Paulette Moe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01614 |
| Gary Clark v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05132 | Rosalind Mohamed v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20116 |

| | |
|---|---|
| Shirley Clark v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20047 | Deborah Monnier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03953 |
| Patricia Cleveland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04433 | Barbara Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05555 |
| Lawrence Cleveringa v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20156 | Donna Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01231 |
| Stanley Cline v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00265 | Nancy Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02824 |
| Willie Clinton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20044 | Pamela Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03371 |
| Larry Clonch v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02277 | Wayne Moore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20090 |
| Carol Cocciolone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06052 | Elina Morales v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20034 |
| Laura Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20271 | Rosaline Moran v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04041 |
| Monique Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20163 | Debra Moreno v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20212 |
| Florence Cody v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01175 | Kathleen Morgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00284 |
| Robert Coffey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20131 | Lorna Moro v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03900 |
| Janice Cogar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01534 | Diane Morris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04692 |

Eleanor Cohen v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20246

Patrice Colamesta v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20111

Carolyn Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20134

Paul A. Cole Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04584

Mary Coleman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06193

David Collier v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20086

Connie Collins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02071

Wilma Collins v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20093

Jo Ann Colombe v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00333

Kaye Colon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01830

Juan Colon-Valdez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03211

Elaine A. Colvin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06054

John Morris v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20274

Judith Morris v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20275

Nancy Morrow v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01562

Jean Morse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20130

Ricky Moses v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20095

Rhoda Moziy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20278

Judith Mulhair v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20080

Fannie Mundy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20234

Linda Munger v. Merck & Co., Inc., et al., Civil ActionNo. 2:18-cv-20282

Bonnie Murray v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05625

James Myers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03020

Susan Mynatt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00698

| | |
|---|---|
| Ellen Conner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03045 | Jacquelyn Nash v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20288 |
| Martha Conrad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05201 | Ernestine Natoli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20040 |
| Michael Contos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04309 | Rhoda Neft v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20320 |
| Ann Conzelman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05274 | Arlene Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05164 |
| Carol Cook v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01535 | Nora Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04419 |
| Donna Cook v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00336 | Phyllis Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20104 |
| Elijah Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20306 | Ulysses Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03034 |
| Freda Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20072 | Grace Nero v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01143 |
| Patricia Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01536 | Imogene Newbrey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20101 |
| Andy Cooperman v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00759 | Judy Newell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20175 |
| Emily Cornelison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03334 | David Newton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05499 |
| Robert Cornelius v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04583 | Sharon Nicoll v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03791 |

| | |
|---|---|
| Susan Cottrill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04506 | Kathleen Niemic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20191 |
| Deborah Courtney v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05305 | Kerstin Nierenz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04206 |
| Charles G. Covington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03375 | Bernice Niesporek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20128 |
| Jerry Cowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01379 | Carl Ninaus v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20272 |
| Steven Cox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00437 | Kathleen Noel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04380 |
| Carolyn Crawford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04815 | Jose Nunez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00543 |
| Leroy Crawley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00016 | Helen Oatney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03588 |
| Tracy Cremer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01537 | Linda Odess v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20211 |
| Anthony Cretacci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20302 | Cindy Oetting v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06103 |
| Gloria Crevier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20248 | Diane Ofner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20064 |
| Scott Criddle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01538 | Peggy Oiiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01687 |
| Judith Critz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01546 | Margaret Olson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02211 |

Salvatore Croce v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20252

Julie Cross v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04504

Minnie Cross v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20196

Yvonne Cross v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-03350

Wanda Crouse v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01539

Teresa Cunnington v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-05277

Hiram Curtis v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20021

Patricia Cutillo v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20197

Sandra Cutshaw v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05858

Katherine Daigle v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03351

Stephen Daigle v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-02841

Patricia D'Amico v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01540

David Oremus v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20021

Nancy Orth v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20291

Richard Ortiz v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20008

Lisa Osborn v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04570

Janet O'Shea v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20077

Sharon Ostrowski v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04639

Cathy D. Ott v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03817

Mary Outlaw v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20172

Bernard Packard v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01427

Julian Padgette v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-06101

Rosa Pagan v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20272

Patrick Papas v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20276

| | |
|---|---|
| Eleanor Darney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00473 | Barbara Ann Parker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01118 |
| Sherry Darwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04854 | Susan Parker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01941 |
| Billie Davidson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20070 | Sheila Parnther v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01491 |
| Michael Davies v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03325 | Shawn Parrish v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04578 |
| Claudia Davis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06133 | Jeanette B. Partain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02831 |
| Elnora David v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01644 | Barbara Passarelli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20094 |
| Frances Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20222 | Mavis Patterson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20284 |
| Lee Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04638 | Linda Patton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20288 |
| Marcella Davis v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01219 | Wanda Pauling v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01482 |
| Lawrence Dawes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04593 | Claretha Paulk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04579 |
| Alberto De La Pena v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04266 | Constance Payne v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04312 |
| James R. Deam v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05612 | Martha Peace v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20098 |

| | |
|---|---|
| Elizabeth Deaton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01188 | Shari Pearce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00579 |
| Diana Deats-O'Reilly v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05862 | Marian Pechon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20160 |
| Irma DeClue v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20021 | Lenda Pendleton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20070 |
| Connie Delk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20062 | Deborah Perkins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00002 |
| Margherita DeLustro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20079 | Ignace Perrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20190 |
| Esther Dengler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01098 | Marvin Peterke v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20110 |
| Rebecca Dennett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04571 | Judith Peters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20284 |
| James Dennis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20106 | Mertes Peterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01164 |
| Jean Detlaff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04594 | Claudia Petrello v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01876 |
| Ronald Detonnancourt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04655 | Janice Peyton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00944 |
| Harriet Devan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20302 | Ngocmy Pham v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01565 |
| Victor Diaz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03489 | Mary Phipps v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00654 |

Sandra Dick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20268

Clarence Dicken v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20017

Wayne Dickerson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20294

Anthony DiClemente v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05180

Richard Dingledy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01676

Peggy Diss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20074

Elaine Dittman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20312

George Dodd v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06355

Donna Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20055

Melanie Dodge v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02060

Michael Dolenic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20092

Thomas Dominski Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03947

Patricia Pierce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03284

Kelly Pierga Individually and as Personal Representative of the Estate of Patricia Pierga v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20092

Leslie A. Pingel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03902

William Pinkstaff v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20036

Mary Pizzica v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02343

Andrea Plechavicius v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01190

Thomas Polidori v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03707

Maureen Pons v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20290

Earl Poplars v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20068

Limon Poppell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20204

Donna Porche v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00532

-25-

| | |
|---|---|
| Mary Donaldson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03777 | Jo Anna Porter v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05664 |
| Patricia Donnelly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20018 | Lorraine Powell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03398 |
| Kay S. Dorance v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00587 | Sheila Powell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00593 |
| Dennis Dorgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05678 | Julia Prahin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03850 |
| Mary Douglas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20281 | Lillie Pratt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20051 |
| Valdemarest Drake-Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00590 | Donna Preloger v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04615 |
| Myron Dudenbostel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20303 | Carolyn E. Prentis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20111 |
| Sally Duff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05637 | Brenda Prichard v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20117 |
| George Durbin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04586 | Sheila Prigmore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03380 |
| Wynn Duvernay v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20036 | Ann Proctor v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06100 |
| Jesse Dyer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06478 | Karen Prorok v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03353 |
| Willard Dyess v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20238 | Hassie Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20100 |

| | |
|---|---|
| Maudie Eads v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20079 | Shelly Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02132 |
| Jane D. Earley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03352 | Edward Quagliata v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20179 |
| Peggy Easley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00605 | Linda K. Quincy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04339 |
| Gloria Eaton v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20128 | Helen Radel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01820 |
| Margaret Edel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04310 | Ralph Raiford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20201 |
| Shara Edwards v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20098 | Dora Randall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03345 |
| Diane Eisentrager v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00148 | Roger Randall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00591 |
| Gary Elder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00148 | Margaret Rankin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03387 |
| Michael Ellis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02120 | Sharon Rankins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03653 |
| Janet Elton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00052 | Steven Rapetti v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04856 |
| Mary Louise Emery v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06106 | Marsha Rapp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04381 |
| Judith Endresen-Worthy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20025 | Kenneth Rasmussen v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20066 |

| | |
|---|---|
| Joseph Engolia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20167 | Sharon Rasnake v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20031 |
| Robert Enright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05595 | Marc Rawitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20135 |
| Hugo Enriquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04678 | Barbara Rawls v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04244 |
| Rosemarie Ephlin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00150 | James Redden v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20146 |
| Nadine Erhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04881 | Adrian Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03342 |
| Sarah Erkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20217 | Clarice Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02830 |
| Cecilia Espinoza v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20287 | Fransca Reesen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03035 |
| Dorothy Esquilin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20063 | Sandra Reeves v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04307 |
| Kaye Estes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04416 | Ronald Regan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03898 |
| Shirley Eubanks v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04605 | Philip Reina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20048 |
| Darlene Evans v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20113 | Susan Reinhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03530 |
| Jennie Werner Evans v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01745 | Leonard Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20010 |

| | |
|---|---|
| Martha Everts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20049 | Sondra Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20293 |
| Patricia H. Ezell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05630 | Mark Rennix v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00007 |
| Diane Fair v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04332 | Darla Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05648 |
| Bobbie Farley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03801 | Mark Rhodes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04824 |
| James Farmer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05616 | Robert Richins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01086 |
| Richard Farmiglietti v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03803 | Suzan Riddell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03907 |
| Larry Farrington v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20037 | Christine Rider v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01174 |
| Janet Feasel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04042 | Irene Rill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01038 |
| Lillian Feinberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02214 | Carmen Rivera v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04576 |
| Jackie Feist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20018 | Terry Robbins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01568 |
| John Fening v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04274 | Charlotte Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03509 |
| Debra Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06171 | Diana Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20095 |

| | |
|---|---|
| Lillie Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04572 | Kenneth Gary Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02708 |
| Marilyn Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20019 | Laurann Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03473 |
| Thomas Ferrerio v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03394 | Linda G. Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04781 |
| Norma Fields v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20200 | Catherine Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04864 |
| Marilyn Fierro v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01673 | Sandra Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04313 |
| Virginia Fifield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01752 | Ruth Ester Rocha v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04520 |
| Adamilta Figueroa-Lerner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20257 | Victor Rodriguez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01528 |
| Gwyn Fish v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01544 | Nancy Rogauskas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20025 |
| Judy Fisher v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20168 | Donna Rogers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05911 |
| Terri Fithen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04048 | Joyce Ronemous v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03033 |
| Carol Fitzgerald v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02087 | Dolores Rorech v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20295 |
| Norma J. Fleming v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04809 | Elizabeth Rork v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04061 |

Bonnie Florentine v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03532

Susan Flynn v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20123

David Fontaine v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20216

Susan Fontenot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06549

Phyllis Ford v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20079

Darleen Foreman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20052

Shirley Francis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04253

Linda Franklin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04517

Carol Franson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20080

Barbara Franzier v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04029

Joyce Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05452

Patty Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03510

Wanda Rosales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20339

Jerry Neal Rose v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05188

Joan Ross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03795

Deborah Ross-Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03360

Janice Rounsville v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02914

Marjorie Rowley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04880

Ardene Royster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03997

Marilyn Rubin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05916

Clifton Rucker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20321

Juan Ruiz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20060

Linda Russ v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20243

Rachel Ryles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20081

| | |
|---|---|
| Catherine Friend v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20097 | Cecilia Sackett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01307 |
| Nancy Fritts v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20099 | Dorothy Safalow v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03157 |
| Minerva Frye v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20026 | Yvonne Saleme v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20297 |
| Alma Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02662 | Linda Salisbury v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04701 |
| Barbara Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04182 | Gale Saltzgiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01100 |
| Sue Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01545 | Joy Sample v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04681 |
| James Gallagher v. Merck & Co. Inc., et al., Civil Action No. 2:19-cv-20228 | Aida Samson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05787 |
| Judith Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00461 | Lana Sandahl v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03402 |
| Stephen Gallo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03974 | Amy Sandberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01236 |
| Donald Galloway v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20258 | Jacob Sande v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20068 |
| Dianne Gamble v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01981 | Carolyn Sanner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20183 |
| Consuelo Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05279 | Gail Santoro v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20209 |

Lucinda Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03524

Jeane Garcia-Dorenne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05628

Sheryl Gardner v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20210

Joan Garrett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20013

Barbara Garrison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05116

Tim Gartland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20164

Steven Garton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01166

Randy P. Gaspard as Executor of the Estate of Pierre L. Gaspard, deceased v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv- 20033

Raymond Gaud v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04125

Janice Gautreaux v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05170

Joanna Gee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02187

Gerald Sarnello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00320

Kathleen Sauer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01616

Bruce Edward Schaefer v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05547

Carol Schasel v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20298

Eleanor Schaul v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01571

Carolyn Schnickel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00511

Ruth Schmidli v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20169

Paul Schmidt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06370

Garry Schuemann v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20201

Joyce Schulte v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03472

Gloria Schultz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20239

Lorene Schumacher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03335

Mark Geisheker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20042

Frederick Schunck v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03369

Alice Generally v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20037

Elaine Schwartz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20014

Shirley George v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00814

Adrian Scott v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04321

Jean Ann Gering v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01969

Hattie Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01092

Ingrid Gerlach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20007

Lynne Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01641

Beverly Gers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03348

Susan Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03408

Myra Gibson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03554

William Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00607

Eileen Giddings v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01523

Sheri Scudder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01572

Lawrence Giuliano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01116

Robert Seabrooks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20303

Judy Gladney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01520

George Seale v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05689

Elizabeth Gladue v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04272

Inez Jean Seals v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01292

Howard Glassco v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20065

Mary Sebastiani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00033

| | |
|---|---|
| Thomas Gleason v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20139 | Susan Sebilian v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02908 |
| Robert Glover v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00761 | Margaret Secor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02129 |
| Raymond Goad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20189 | Steven Seefeldt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02408 |
| Jimmy Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04922 | Helena Seigman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20035 |
| Joann Martin Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05169 | Perry Sells v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20077 |
| Nona Godwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20264 | Candace Sentell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01850 |
| Deborah Gordon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04671 | Levina Serrano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00575 |
| Stephen Earl Gorman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02216 | Emanuel Seyfert v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02284 |
| Tammy Gose v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01205 | Karney Seymour v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20195 |
| Philip Grace v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20031 | Diane Shapuras v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01574 |
| Marion Graham v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20133 | Sheila Shea v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20281 |
| Sue Grams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00643 | Erica Sheid v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20277 |

| | |
|---|---|
| Ruth Granillo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01547 | Peggy Shell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20085 |
| Tommy Grantham v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05551 | Dolores Shemes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00753 |
| Joyce Grasby v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20260 | Lessie Shepard v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04581 |
| Thomas Graybeal v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06425 | Rachel Sheppo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03913 |
| Connie Grayson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03399 | Char Sheridan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01575 |
| Rosemarie Greb v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01688 | Tony Shobert v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04780 |
| Charles T. Green v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05652 | Carol Short v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00003 |
| Terrance Green v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04198 | James Short v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04686 |
| Jane Greenawalt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20054 | Gloria Shy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20280 |
| Harriet Greenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04814 | Joyce Sievers v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00545 |
| Janice Greene v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20071 | Jack Signorelli v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01185 |
| Mildred Greenwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20057 | Kathryn Sikkila v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00324 |

| | |
|---|---|
| Ethel M. Greer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03039 | Frank Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20112 |
| Ouida Gregory v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20033 | Theora Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04013 |
| Judith Grenier v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20010 | Peter Skumanich v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20286 |
| Pamela Gresham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05155 | Paulann Slater v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01692 |
| Linda Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04187 | Betina Sluss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03363 |
| Robert Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20072 | David Smiddy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03602 |
| Debbie Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02494 | Connie Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02126 |
| Weldon Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04031 | Derek Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20165 |
| Burleigh Grimes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20091 | Donevon Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01739 |
| Beverly Grondin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01609 | Jerry Smith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20048 |
| Elizabeth Guberud v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20041 | Leroy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20116 |
| Debbie Guerrero v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20261 | Margaret Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00872 |

| | |
|---|---|
| Leisa Guiliano v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04998 | Peggy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05574 |
| Anita Guillotel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04819 | Rhonda Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04519 |
| Ronald Guse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20096 | Ronni Kessler Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04866 |
| Georgia Gustafson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03388 | Sheila Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03809 |
| Delsie Gutierrez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01486 | Suzanne Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01333 |
| Mary Lou Hagan as Executrix of the Estate of William Hagan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01549 | Thomas Smithson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20059 |
| Roxanne Haines v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03401 | Janis Smoot, Individually and as the Personal Representative of the Estate of Ernest Smoot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05856 |
| Arlene L. Halfon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20105 | Judith Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20273 |
| Deborah Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04679 | Malinda Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05027 |
| Ellen Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03253 | William Spathelf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20251 |
| Patricia Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01550 | Sandra Speer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04624 |

| | |
|---|---|
| Regina Hall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04589 | Janice Spillers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20204 |
| Wenda L. Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04185 | Estelle Spritzer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06062 |
| Joann Hallahan. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02752 | Christine Squires v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01500 |
| Deborah Halle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03282 | Rick Stamps v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04826 |
| Roland Halle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20129 | Carolyn Stanley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01578 |
| Anna Hallmark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20053 | Ron Stansbarger v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04582 |
| Wilma Joann Hamilton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05245 | Cheryl Stark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01146 |
| Ruth Hammer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01656 | Joyce Stedman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20013 |
| Elton F. Hammond, III v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05875 | Susan Steig v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03531 |
| Audrey Hancock v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20205 | Leah Steinberg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03785 |
| Gary Hanna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20174 | Rhonda Steinlauf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20327 |
| Raymond Hannan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05160 | Judith Stevenson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03149 |

| | |
|---|---|
| Lora Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01518 | Barbara Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04208 |
| Sam M. Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20042 | Georgia Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20117 |
| Lewis Harper v. Merck & Co., Inc., et al., Civil Action No 2:19-cv-20088 | Rhonda Stigall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03548 |
| Cindy Harris v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04813 | James Stiles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20059 |
| Linda Watkins Harris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05296 | Karen Stiner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03403 |
| Joyce Hart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01675 | Susan Stockers v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01567 |
| Rebecca Hart v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03386 | Seth Stockholm v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20043 |
| Shirley Hartert v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20073 | Barbara Stone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04542 |
| Caroline Hatfield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02899 | Darlene Stone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02333 |
| Shirley Hatten v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01651 | Jeff Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00236 |
| Karen Haugen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04544 | Jessie Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01087 |
| Leon Hayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00595 | Patrick Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03893 |

| | |
|---|---|
| Carole B. Hays v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03468 | John Stopyra v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04034 |
| Charlotte Hedlund v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01844 | Carol Storey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04814 |
| Miles Heitzenrater v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02844 | Joseph Strahan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20333 |
| Joyce Helman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20263 | Chrissy Street v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02665 |
| Nancy Helmbrecht v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03283 | Mary Strickland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05535 |
| Betty Helton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20292 | Elizabeth Stripling v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01223 |
| Debi Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05741 | Sharon Strohecker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06511 |
| Joseph Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04674 | Nancy Strong v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00237 |
| Rodger Henderson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20066 | Robert Sullivan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20026 |
| James F. Hendricks v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20185 | Leo Summermatter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20234 |
| Robert Henneberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20208 | Linda Sunderland v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01696 |
| Paul Leon Henry v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02498 | Amerigo Suriani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00042 |

Robert R. Hergan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20109

Maria Hernandez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04580

Brenda Herrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03937

Tony Herring v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03542

Stuart Hersh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04199

Barbara Hession v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20219

Gladys Heys v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04378

Jonathan Lee Hickey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03738

Edna Higgins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20335

Howard R. Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20286

Marilyn Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04896

Patricia Hill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05596

Paul Suszko v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01446

Joanne Suzio v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00534

Mary Swalley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05860

Joe Sykes v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20034

Annette Talley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01615

Wilbert Talmadge v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00692

Donald Tangredi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04147

Anthony Tankxley v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20071

Michele Tanner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03348

Dolores Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20025

Myra Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02950

Linda Temple v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05531

| | |
|---|---|
| Robert Hill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01551 | Ora Terrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03377 |
| Ronald Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04588 | Jeanneen Terry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20106 |
| Wanda Sue Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03354 | Kathleen Teti v. Merck & Co., Inc., et al., Civil Action No. 5:20-cv-03926 |
| David Himmerich v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00701 | Marilyn Tharp v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20115 |
| Patricia Hinckley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04200 | Shirley Tharp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04210 |
| Dickey Hines v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04858 | Bernie Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00297 |
| Ann Hixson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20230 | James E. Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00435 |
| Juanita Hobbs v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00054 | Marcia Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05539 |
| Teresa Hobbs v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00582 | Teola Thomas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20066 |
| Elsie Hodupp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03283 | Gail Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01176 |
| Nancy Hoenig v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02735 | JoLynne Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05208 |
| Nellie Hoff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06503 | Linda Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20224 |

| | |
|---|---|
| Helen Hoffman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20180 | Mary Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03382 |
| Sandra Hoffman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01881 | Cynthia Tobias v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03383 |
| Dolores Holland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20123 | Dale Todd v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06134 |
| Joanne Holland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01527 | Robert Tokar v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02478 |
| Tracy Holloway v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06126 | Thomas Tomlinson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01305 |
| Herbert F. Holmes, Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02523 | Beverly Hilt Tortora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03385 |
| Nathaniel Holmes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20197 | Ella Townsell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20015 |
| Madelyn Holt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05647 | Laurier Trahan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20222 |
| Stephen Hopkins v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20264 | Sandra Trapnese v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20064 |
| Robert Hopper v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20103 | Palma Treschan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20143 |
| Annette Horner v. Merck & Co., Inc., et al., Civil Action No. 5:21-cv-00473 | Sarah Trevino v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20195 |
| Gordon Horton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03328 | Carole Triplett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20144 |

Walter Houston v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20074

Brenda Howard v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20121

Sherri Forrestall and Terri
Blackman, as surviving
children of Darlene Howard,
deceased v. Merck & Co., Inc.,
et al., Civil Action No. 2:19-
cv-02902

Juliette Howard v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05944

Grace Howe v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04621

Jacquelyn Huff v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03797

Sandra Hughes v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03035

Mackie J. Humphries v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01631

Mary A. Huneycutt v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04818

Jessica J. Hurt v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05158

Howard Hutchison v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05168

Nancy Trout v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02076

Kathleen Trudeau v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03349

Charles Turnbull v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20203

Lewis Turner v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05470

Ouida Turner v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05536

Debra Vandiver v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02876

Patricia VanHoose v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20058

Beulah Vanmeter v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20052

Patricia Vasicek v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-00466

Victoria Vaughn v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-00749

Elsa Vega v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20220

Betty Verhulst v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00581

| | |
|---|---|
| Linda Huter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20067 | Joanne Vickers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20207 |
| Glenda Inman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00747 | Sylvia Videkovich v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01220 |
| Maryann Intagliata v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20182 | Barbara Viglienvone v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20225 |
| Glenn Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04550 | Thomas Vlcek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01426 |
| John Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02229 | Kristi Vollmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00602 |
| Nathan Ivory v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20033 | Catherine Wade v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20219 |
| Harvey Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05588 | Joyce Wade v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05750 |
| Janet Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20242 | Evelyn Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20218 |
| Nora Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03435 | Linda S. Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02058 |
| Shirley Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20247 | Stephen Scott Waite v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03732 |
| Kenneth Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20258 | Mary Waldroup v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20056 |
| Linda Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05926 | Candace Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04315 |

| | |
|---|---|
| Judith James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05687 | Joe Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20058 |
| Richard James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04115 | Michele Waller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03683 |
| Sharon James v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00413 | Dennis Walsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20097 |
| Cynthia Jamison v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20027 | Julius Waltzer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20078 |
| Joanne Januzzi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02692 | Marilyn Wanda v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00477 |
| Benjamin Jarrard v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05643 | Marjie Warner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04220 |
| Linda Jefferson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20337 | Arnette S. Washington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20022 |
| Gene Jeffery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04587 | Serena Washington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03805 |
| Betty Jenkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05383 | Edward Waszak v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20265 |
| Debra Jennings v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00592 | Martha Watson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20136 |
| Peggy Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01181 | Linda Weicht v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05690 |
| Robert Jensen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03381 | Ann Weiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02742 |

Damaris Jimenez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20268

Catherine Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20300

Joseph Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02937

Sherry Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02220

Tamera Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20282

Yolanda Johnson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05696

Bonnie Johnson-Fisk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04569

Douglas Johnston v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20065

Barbara Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02784

Ed Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04145

Ethel Jones v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03619

Mike Jones v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20269

Sandra Wein v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04270

Nellie Wells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00035

Deborah Welton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00016

Janet Welty v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20262

Rosalie Wenckoski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20096

Eron West v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20259

Joyce White v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03393

Steve White v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02949

Tavia Whitehead v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20096

Dorothy Whitten v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20290

Jacqueline Wilkins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04825

David Williams v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20084

| | |
|---|---|
| Dona Jones-Lane v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20050 | James I. Williams, Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20022 |
| Janet Jordan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01711 | Raymond Wilson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04828 |
| Michael Jukofsky v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05293 | Judy Wise v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01585 |
| Margaret Kachinski v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01407 | Linda L. Wolfstone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04271 |
| Clarence Kaestner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01665 | Charlotte Wood v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00796 |
| Fred Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20088 | Hugh Wood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00328 |
| Nancy Kaiser v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00038 | Gary Woodruff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01137 |
| Theodore Kalata v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03251 | Jean Wright v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20181 |
| Barbara Kane v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-4916 | Jonathan Wright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05933 |
| Fred Kaplan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02716 | Marian Wright v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20119 |
| Jeanette Karadimos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20098 | Olynda Wylie v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20138 |
| Davida Karp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02124 | Laura Yarnell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20110 |

| | |
|---|---|
| Larry Kassen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20214 | Joseph Yepez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20145 |
| Mary Kearney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03516 | Wanda Yoachim v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03162 |
| Michael Keba v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01337 | Judy D. Yorio v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06298 |
| Theresa Keel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01633 | Jeannette Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01202 |
| Gerald Keesler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03939 | Victoria Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05846 |
| Judy Kellar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02463 | Kathleen Youngman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03372 |
| Thomas Kellner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00011 | Mary Zaccanelli v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20045 |
| Dale Kellogg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00004 | Ursula L. Zahnleiter v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03652 |
| Joye Kelly v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20012 | Mary Zeigenfuss v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05160 |
| Jeanette Keltz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04123 | Josi Zendzian v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01515 |
| Inez Kenison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03404 | Thomas Zentack v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20332 |
| Thomas Kennedy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01042 | Patricia Zerfing v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01586 |

| | |
|---|---|
| Koval Kenneth v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01195 | Judi Ziebart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01201 |
| Melissa Kent v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20011 | Robert Ziebell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00598 |
| Barbara Kerrigan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20225 | Felip Zielinski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20177 |
| William Zurn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20181 | Tim Zike v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20091 |